FILED:  September 11, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4194

_____

UNITED STATES OF AMERICA,

        Plaintiff – Appellee

v.

MAKEL ELBOGHDADY,

        Defendant – Appellant.

_____

O R D E R

_____

The court amends its opinion filed September 9, 2024, as follows:

On page 25, in the second sentence of the first full paragraph, the word "decision" is deleted.

On page 27, eight lines down in the first full paragraph, the spelling of *United States v. Abu Ali* is corrected.

For the Court—By Direction

/s/ Nwamaka Anowi, Clerk